UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ERNEST G. COOK,

    Plaintiff,

-vs-    JUDGE BENITA PEARSON
CASE NO. 4:22-CV-00077-BYP
VOLUME II

BOARD OF TRUMBULL COUNTY COMMISSIONERS,

    Defendant.

- - - -

Continued video conference Zoom Deposition of MICHELE NICOLE FRENCHKO, taken as if upon cross-examination before Kelli Rae Page, a Notary Public within and for the State of Ohio, at 1:08 p.m. on Friday, May 5, 2023, pursuant to notice and/or stipulations of counsel, on behalf of the Plaintiff in this cause.

- - - -

PAGE REPORTING SERVICE
1249 HATHAWAY AVENUE, FLOOR 2
LAKEWOOD, OH 44107
216.316.3258
kellipage@pagereportingservice.comB

MICHELE NICOLE FRENCHKO

---

APPEARANCES:

(All participants were in attendance via remote connection through individual Zoom video conferencing as follows:)

Caryn M. Groedel, Esq.
Caryn Groedel & Associates Co., LPA
208 Spriggel Drive
Munroe Falls, Ohio 44262
1291 SW Mulberry Way
Boca Raton, Florida 33486
440.230.3803
cgroedel@groedel-law.com

    On behalf of the Plaintiff;

Kathleen M. Minahan, Esq.
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
216.831.0042 x223
kminahan@meyersroman.com

    On behalf of the Defendant.

ALSO PRESENT:

Ernest Cook

MICHELE NICOLE FRENCHKO

---

WITNESS INDEX

EXAMINATION    PAGE

RECROSS-EXAMINATION
BY MS. GROEDEL    97

EXHIBIT INDEX

EXHIBIT NUMBER    PAGE

(No Exhibits were marked.)

MICHELE NICOLE FRENCHKO

---

01:08

MICHELE NICOLE FRENCHKO, of lawful age, called by the Plaintiff for the purpose of continued cross-examination, as provided by the Rules of Civil Procedure, being by me previously duly sworn, as hereinafter certified, deposed and said as follows:

RECROSS-EXAMINATION OF MICHELE NICOLE FRENCHKO
BY MS. GROEDEL:

Q. Ms. Frenchko, do you -- is it your contention that Mr. Parks was not terminated for his crime, or for the plea he took for the crime, due to his union contract?

    MS. MINAHAN: Objection.

    Go ahead.

A. No.

Q. So, just to be clear, his union contract did not preclude the possibility of him being terminated for what he did and what he pled to; correct?

    MS. MINAHAN: Objection.

    Go ahead.

A. **It was not just the union contract, it was the violation of the Ohio Revised Code and the missteps taken by the board of commissioners, and the fact that we were going to arbitration, knowing that we --**

MICHELE NICOLE FRENCHKO

01:09
1 Q. What part of the --
2 A. I'm sorry. I want to complete that -- knowing that
3 the board had taken missteps and that we were going
4 to lose arbitration.
5 Q. What provision of the Ohio Revised Code are you
6 contending precluded, or at least in part,
7 precluded him from being terminated?
8 MS. MINAHAN: Objection.
9 Go ahead.
10 A. I believe we answered these once before. I don't
11 even think -- I don't know that I can answer that.
12 I don't think that's what I said.
13 Q. Is it your contention that the fact that he was
14 first placed on unpaid leave and then placed on
15 paid leave somehow precluded him from being
16 terminated because the leave part was done
17 incorrectly?
18 A. Well, that, and other factors. That and the
19 collective bargaining agreement, because he was
20 union. That and the fact that they didn't take the
21 proper -- the proper steps, and when you're dealing
22 with union employees you have to follow everything
23 precisely.
24 Q. I understand, but I'm just asking specifically
25 right now about the fact that first he was placed

MICHELE NICOLE FRENCHKO

01:11
1 on leave without pay and then with pay. Taking
2 that -- just that component how the leave was
3 handled, is it your contention that that precluded
4 -- that in and of itself precluded him from being
5 terminated?
6 A. No.
7 MS. MINAHAN: Okay. And,
8 Commissioner, if you don't mind, just give me a
9 second before you answer.
10 THE WITNESS: I'm sorry.
11 MS. MINAHAN: I did want to object to
12 that question, and I think that the word
13 "preclude" is problematic.
14 MS. GROEDEL: Okay. I'll rephrase it.
15 Fair enough.
16 Q. Do you believe that the way that his leave was
17 handled affected the board's ability to terminate
18 him if it so chose to do so?
19 A. Not necessarily.
20 Q. Not necessarily? What do you mean by that?
21 A. Well, the board could have still chosen to
22 terminate him if they wanted to, but it would have
23 been in violation of the collective bargaining
24 agreement more than anything.
25 Q. In what way?

MICHELE NICOLE FRENCHKO

01:13
1 A. That was already explained again. I'll try to
2 explain it more clearly.
3 The bargaining agreement requires that someone
4 have a letter citing what they've done when they're
5 put on leave, and that they have a disciplinary
6 conference. At the disciplinary conference -- when
7 they sent that letter out, they sent the letter out
8 without the appointing authority, and regardless of
9 that, the board has to initiate any discipline of
10 monetary value, such as time off or unpaid leave,
11 or even if it's just one day off, it has to be done
12 within 15 days of receipt of that letter, to my
13 understanding.
14 Without having it in front of me, I think it's
15 approximately two weeks or 15 days that they have
16 to actually execute the final discipline for the
17 infraction after that letter has been served upon
18 the person. So you can't go ahead and rediscipline
19 someone, or fire them, after that period of time
20 has elapsed.
21 Q. I see.
22 A. Yeah.
23 Q. When you say they sent the letter out without the
24 appointing authority, who are you referring to?
25 A. I'm referring -- it's only actually one person.

MICHELE NICOLE FRENCHKO

01:14
1 When I say "they" I'm thinking the director of the
2 dog kennel in conjunction with the county's legal
3 counsel. So those two were working together
4 without including the board, which should have been
5 involved in that process.
6 Q. When you say sent the letter out without the
7 appointing authority, you're talking about the
8 letter placing him on leave?
9 A. Yes.
10 Q. Okay. Okay, 13. Item 13 is more information about
11 the dog warden incident. When did the board learn
12 about the incident?
13 A. 7/29/22.
14 Q. And how do you know that?
15 A. Because I reviewed the file in preparation for this
16 deposition.
17 Q. When did you review the file?
18 A. I believe it was the Friday before the Monday that
19 the depositions were originally scheduled, so I
20 don't have the date.
21 Q. And what did the file contain?
22 A. I -- that question wasn't on my list, so I don't
23 want to answer and not give -- I wasn't prepared to
24 answer that, I'm sorry.
25 Q. But this deposition is for each subject, what the

MICHELE NICOLE FRENCHKO

01:17
1 rules say is that I'm entitled to ask how you got
2 the information, when you got the information, from
3 where you got the information, what you did to find
4 the information.
5 A. I'm sorry, I didn't know that, so I didn't write
6 down everything that I looked at in the file, or
7 grabbed the file. If I would have known that, I
8 would have taken the file and flipped through it.
9     I mean, you could have asked for the documents
10 and then I would have been able to read it -- I'm
11 sorry, I just went through everything that was in
12 the file.
13 Q. What, in particular, did you look at that told you
14 that the date was July 29th, 2022?
15 A. The paperwork from the dog warden, the director,
16 and that included -- I think that's all
17 encompassing, which would be reports and letters
18 that were sent, and other things that I don't
19 recall.
20 Q. You don't recall what reports you are referring to?
21 A. No. She documented every -- all of the documents
22 that were in there from the dog -- his boss, his
23 director.
24     Because he was a lower level employee, like in
25 the union, and she is the director, so she had

MICHELE NICOLE FRENCHKO

01:18
1 everything that she thought she needed to document
2 the need for discipline.
3 Q. I'm asking what was it? Was it a police report?
4 Was it a note of her conversation with him?
5 A. Okay. Can you ask that --
6 Q. You need to let me finish asking my question.
7     My question is you said you learned of the
8 incident by looking at the file, all the paperwork
9 from the dog warden. What document reflected the
10 date of July 29th, 2022? And then I gave some
11 examples: A letter, notes from a conversation, a
12 police report, what was it?
13 A. I believe it was something from the director
14 telling -- telling the board what she -- what had
15 happened or what she had noticed in the course of
16 her work relative to this employee.
17 Q. Well, then wouldn't you have received that
18 communication if it was something she wrote to the
19 board --
20 A. Correspondence, yeah.
21 Q. Can you let me finish asking my question, please,
22 before you begin answering.
23     So you learned of it from -- from -- of the
24 date from reviewing the file and not from you what
25 you personally received as a commissioner, is that

MICHELE NICOLE FRENCHKO

01:20
1 accurate?
2 A. That's accurate. It might have been sent to the
3 commissioners, but I don't remember -- you are
4 asking me personally if I received it? I'm sorry,
5 I'm confused.
6 Q. You said, "I believe it was something from the
7 director telling the board about the incident."
8     And I am saying, well, then you must have
9 received, in advance, a letter telling the board
10 about the incident; right?
11 A. I can't remember.
12 Q. What was it that you saw in the file -- what -- I'm
13 sorry.
14     So you believe it was something from the
15 director telling the board about the incident. Was
16 it about the incident itself? Was it about
17 charges? Was it about his response to what
18 happened? What was the item that the board learned
19 about on July 29th, 2022?
20 A. Ma'am, you just asked me four questions. Can you,
21 please, just ask me one --
22 Q. I gave examples.
23 A. No, those were questions, respectfully.
24 Q. Did the letter that you believe the director wrote
25 telling the board about the incident, did it

MICHELE NICOLE FRENCHKO

01:22
1 describe the incident, did it describe the charges?
2 What, in particular, did it describe?
3 A. I can't remember. I'm sorry.
4     Would you like to take a break so that I can
5 ask my HR director to e-mail those pages from the
6 file? I honestly don't know what to tell you, what
7 you're looking for, but it's been a while.
8     MS. MINAHAN: If I can interpret real
9 quick. And I don't know that you can answer
10 this question, but I think she's asking what
11 the content is of what you looked at that told
12 you when the board learned about the incident
13 on 7/29/22. So she's asking what was the
14 content, I think.
15     Caryn, correct me if I'm wrong.
16     MS. GROEDEL: Yes. Thank you.
17 Q. Ms. Frenchko, what was the content?
18 A. Okay. His file contained correspondence to the
19 board, correspondence with legal counsel, and other
20 personnel history items. And that's nonexhaustive,
21 because I was specifically looking through the file
22 just to be able to answer the specific questions
23 that were on here.
24     I apologize if I didn't understand the
25 assignment and I needed to take note of everything

MICHELE NICOLE FRENCHKO

## Page 106

01:24
1     **I was looking through, but my assignment, I**
2     **believe, was to ascertain those dates here, so I**
3     **looked specifically for answers to those. I'm**
4     **sorry if I can't remember where I obtained them, on**
5     **which documents.**
6  Q. That's the question about the documents from which
7     you obtained them. If you don't know, that's fine,
8     just say you don't know.
9         When did the board learn about the charges?
10 A. **8/31/22.**
11 Q. How so?
12         MS. MINAHAN: Did you say how?
13         MS. GROEDEL: Yes.
14         MS. MINAHAN: Okay. I'm sorry.
15         MS. GROEDEL: That's okay.
16 A. **From the director of that department.**
17 Q. Was it a phone call, a letter?
18 A. **It was something in a file that had the date. I**
19     **looked at letters and e-mails, so it was**
20     **correspondence from the director to the board.**
21 Q. Was it a different letter than the first one you
22     said you believed you read to tell the board about
23     the incident?
24 A. **Yes.**
25 Q. What, if anything, did the board do when it learned

## Page 107

01:26
1     of the incident on July 29th of 2022?
2 A. **I wasn't prepared to answer that. I could -- so I**
3     **don't remember the dates, but I do recall that when**
4     **the board was aware of the incident then the board**
5     **had an executive session at some point within the**
6     **next few weeks -- or I don't want to say dates**
7     **because I'm not sure, I didn't look at the dates,**
8     **but the board had an executive session to discuss**
9     **the matter.**
10 Q. And the new position that the assistant or
11     associate dog warden was moved into is what?
12 A. **What did the --**
13 Q. What's the name of his new position?
14 A. **That wasn't on here.**
15 Q. Yes, it is.
16 A. **Is it? It says when they learned about the -- when**
17     **they learned about the plea conviction, why the**
18     **decision was made to keep him as an employee, and**
19     **what his -- what his dog warden and new salaries**
20     **are.**
21 Q. Okay. So you know the new salary, but you don't
22     know the name of the position?
23 A. **Not specifically.**
24 Q. So what was his old salary and what's his new
25     salary?

## Page 108

01:28
1 A. **19.6135 per hour.**
2 Q. Same salary before and after?
3 A. **Yes.**
4     **And I want to correct that question, I'm**
5     **sorry. It's not a salary, he's an hourly -- a**
6     **labor union employee. He's not -- only the**
7     **directors are -- fiduciary ones get a salary.**
8 Q. Got it.
9 A. **Okay.**
10 Q. So his hourly rate remained the same?
11 A. **Yes.**
12 Q. Okay. And the last number we're going to be
13     talking about is 15, Paula Godfrey's date of birth
14     and date of and reason for her separation.
15 A. **6/10/50 is her date of birth. Her date of**
16     **separation is 6/18/21. And the reason for**
17     **separation is retirement.**
18         MS. MINAHAN: And it's Paulette, just
19     so you know.
20         MS. GROEDEL: Yeah, Paulette. It says
21     that. Paulette, if I said something different.
22         Okay. I might be done. I'm just going to
23     confer with my client. I'll be right back.
24         MS. MINAHAN: Like five minutes, do
25     you think, Caryn?

## Page 109

01:30
1         MS. GROEDEL: Yeah, that's fine.
2         MS. MINAHAN: Okay.
3         - - - - -
4         (Whereupon, a recess was had.)
5         - - - - -
6 Q. I just have a few, a couple of yes, no, or I don't
7     know questions to ask you, Ms. Frenchko.
8 A. **Okay.**
9 Q. Did the board have the full right to terminate
10     Mr. Parks due to his plea that he took for the
11     crime he -- crime or crimes he committed?
12         MS. MINAHAN: Objection.
13         Go ahead.
14 A. **What was the question again?**
15 Q. Did the board have the full right to terminate him?
16         MS. MINAHAN: Objection.
17         Go ahead.
18 A. **When?**
19 Q. When the vote was made to not terminate him?
20 A. **There was no -- there was --**
21         MS. MINAHAN: Objection. Yeah.
22     Objection.
23 A. **I can't answer that.**
24 Q. Did or did not Mr. Cantalamessa vote to terminate
25     him?

MICHELE NICOLE FRENCHKO

01:38
1  A. I can't answer that. It's not --
2  Q. Wasn't a vote taken? I'm not talking about
3     anything that happened in executive session.
4     Wasn't there a vote concerning his -- Mr. Parks's
5     employment?
6         MS. MINAHAN: Okay. Hang on.
7         Objection.
8         Caryn, are you asking if a vote was taken
9     to terminate him?
10        MS. GROEDEL: Yes.
11        MS. MINAHAN: Go ahead and answer.
12 A. No.
13 Q. Then how -- was there a vote taken -- strike that.
14    Did the board take a vote with respect to
15    taking him out of the dog kennel department and
16    placing him in another position?
17 A. No.
18 Q. Well, how did the board decide -- make that
19    decision?
20 A. There was a agreement, a settlement agreement with
21    AFSCME -- I answered this before.
22        MS. MINAHAN: That's okay. Go ahead.
23 A. So what are you asking me?
24 Q. Nothing. I got what I need. Thank you.
25    I have nothing further.

MICHELE NICOLE FRENCHKO

01:40
1  A. Okay.
2      MS. MINAHAN: Okay. Commissioner, you
3      have the right -- I have ordered the
4      transcript, so you have the right to read it
5      when it's typed up.
6      Do you want to preserve that right to read
7      it?
8      THE WITNESS: Yes.
9      MS. MINAHAN: Okay. So she will read.
10        - - - - -
11    (Whereupon, the deposition was concluded at
12         1:40 p.m.)
13        - - - - -
14    (Signature not waived.)
15        - - - - -

MICHELE NICOLE FRENCHKO

1           C E R T I F I C A T E
2
3  The State of Ohio, )
                       ) SS:
4  County of Cuyahoga.)
5
6      I, Kelli Rae Page, a Notary Public within and for
7  the State of Ohio, and authorized to administer oaths
   and to take and certify depositions, do hereby certify
8  that the above-named witness, MICHELE NICOLE FRENCHKO,
   was by me, before the giving of her deposition, first
9  duly sworn to testify the truth, the whole truth, and
   nothing but the truth; that the deposition as above-set
10 forth was reduced to writing by me by means of
   stenotypy, and was later transcribed into typewriting
11 under my direction; that this is a true record of the
   testimony given by the witness, and was subscribed by
12 said witness remotely by agreement of the parties; that
   said deposition was taken at the aforementioned time,
13 date and place and was completed without adjournment,
   pursuant to notice or stipulations of counsel; that I am
14 not a relative or employee or attorney of any of the
   parties, or a relative or employee of such attorney or
15 financially interested in this action. I am not, nor is
   the court reporting firm with which I am affiliated,
16 under a contract as defined in Civil Rule 28 (D).
17
18
19     IN WITNESS WHEREOF, I have hereunto set my hand
   and seal of office, at Cleveland, Ohio, this 9th day of
20 May, A.D. 2023.
21
22
23
   **Kelli Rae Page**
24 _____
   Kelli Rae Page, Notary Public, State of Ohio
25 My commission expires October 30, 2025.

MICHELE NICOLE FRENCHKO

1           DEPOSITION ERRATA SHEET

2  RE: UNITED STATES DISTRICT COURT.
       NORTHERN DISTRICT OF OHIO
3      EASTERN DIVISION
       CASE NO. 4:22-CV-00077-BYP, JUDGE BENITA PEARSON
4
   Deponent:        MICHELE NICOLE FRENCHKO
5  Deposition Date:  May 5, 2023

6  To the Reporter:
   I have read the entire transcript of my Deposition taken
7  in the above-captioned matter or the same has been read
   to me. I request that the following changes be entered
8  upon the record for the reasons indicated. I have
   signed my name to the Errata Sheet and authorize you to
9  attach said Errata Sheet to the original transcript.

10 page  line  correction
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22
23 _____NO CHANGES
24
25 _____       _____
   Michele Nicole Frenchko        Date

MICHELE NICOLE FRENCHKO

# 1

**1249** [1] - 94:19
**1291** [1] - 95:6
**13** [2] - 101:10
**15** [3] - 100:12, 100:15, 108:13
**19.6135** [1] - 108:1
**1:08** [1] - 94:13
**1:40** [1] - 111:12

# 2

**2** [1] - 94:19
**2022** [4] - 102:14, 103:10, 104:19, 107:1
**2023** [3] - 94:14, 112:20, 113:5
**2025** [1] - 112:25
**208** [1] - 95:5
**216.316.3258** [1] - 94:20
**216.831.0042** [1] - 95:11
**28** [1] - 112:15
**28601** [1] - 95:10
**29th** [4] - 102:14, 103:10, 104:19, 107:1

# 3

**30** [1] - 112:25
**33486** [1] - 95:6

# 4

**440.230.3803** [1] - 95:7
**44107** [1] - 94:20
**44122** [1] - 95:11
**44262** [1] - 95:5
**4:22-CV-00077-BYP** [2] - 94:5, 113:3

# 5

**5** [2] - 94:14, 113:5

# 6

**6/10/50** [1] - 108:15
**6/18/21** [1] - 108:16
**600** [1] - 95:10

# 7

**7/29/22** [2] - 101:13, 105:13

# 8

**8/31/22** [1] - 106:10

# 9

**97** [1] - 96:3
**9th** [1] - 112:19

# A

**A.D** [1] - 112:20
**ability** [1] - 99:17
**able** [2] - 102:10, 105:22
**above-captioned** [1] - 113:7
**above-named** [1] - 112:7
**above-set** [1] - 112:9
**accurate** [2] - 104:1, 104:2
**action** [1] - 112:14
**adjournment** [1] - 112:12
**administer** [1] - 112:6
**advance** [1] - 104:9
**affected** [1] - 99:17
**affiliated** [1] - 112:15
**aforementioned** [1] - 112:12
**AFSCME** [1] - 110:21
**age** [1] - 97:2
**agreement** [6] - 98:19, 99:24, 100:3, 110:20, 112:11
**ahead** [8] - 97:14, 97:20, 98:9, 100:18, 109:13, 109:17, 110:11, 110:22
**ALSO** [1] - 95:15
**answer** [10] - 98:11, 99:9, 101:23, 101:24, 105:9, 105:22, 107:2, 109:23, 110:1, 110:11
**answered** [2] - 98:10, 110:21
**answering** [1] - 103:22
**answers** [1] - 106:3
**apologize** [1] - 105:24
**APPEARANCES** [1] - 95:1
**appointing** [3] - 100:8, 100:24, 101:7
**arbitration** [2] - 97:24, 98:4
**ascertain** [1] - 106:2
**assignment** [2] - 105:25, 106:1
**assistant** [1] - 107:10
**associate** [1] - 107:11
**Associates** [1] - 95:4
**attach** [1] - 113:9
**attendance** [1] - 95:2
**attorney** [2] - 112:13, 112:14
**authority** [3] - 100:8, 100:24, 101:7
**authorize** [1] - 113:8
**authorized** [1] - 112:6
**AVENUE** [1] - 94:19
**aware** [1] - 107:4

# B

**bargaining** [3] - 98:19, 99:23, 100:3
**begin** [1] - 103:22
**behalf** [3] - 94:15, 95:8, 95:13
**BENITA** [2] - 94:5, 113:3
**birth** [2] - 108:13, 108:15
**board** [26] - 97:23, 98:3, 99:21, 100:9, 101:4, 101:11, 103:14, 103:19, 104:7, 104:9, 104:15, 104:18, 104:25, 105:12, 105:19, 106:9, 106:20, 106:22, 106:25, 107:4, 107:8, 109:9, 109:15, 110:14, 110:18
**BOARD** [1] - 94:7
**board's** [1] - 99:17
**Boca** [1] - 95:6
**boss** [1] - 102:22
**Boulevard** [1] - 95:10
**break** [1] - 105:4
**BY** [2] - 96:3, 97:8

# C

**Cantalamessa** [1] - 109:24
**captioned** [1] - 113:7
**Caryn** [5] - 95:4, 95:4, 105:15, 108:25, 110:8
**CASE** [2] - 94:5, 113:3
**certified** [1] - 97:5
**certify** [2] - 112:7
**cgroedel@groedel** [1] - 95:7
**cgroedel@groedel-law.com** [1] - 95:7
**Chagrin** [1] - 95:10
**changes** [1] - 113:7
**CHANGES** [1] - 113:23
**charges** [3] - 104:17, 105:1, 106:9
**chose** [1] - 99:18
**chosen** [1] - 99:21
**citing** [1] - 100:4
**Civil** [2] - 97:4, 112:15
**clear** [1] - 97:16
**clearly** [1] - 100:2
**Cleveland** [2] - 95:11, 112:19
**client** [1] - 108:23
**Co** [1] - 95:4
**Code** [2] - 97:22, 98:5
**collective** [2] - 98:19, 99:23
**commission** [1] - 112:25
**Commissioner** [1] - 99:8
**commissioner** [2] - 103:25, 111:2
**COMMISSIONERS** [1] - 94:7
**commissioners** [2] - 97:23, 104:3
**committed** [1] - 109:11
**communication** [1] - 103:18
**complete** [1] - 98:2
**completed** [1] - 112:12
**component** [1] - 99:2
**concerning** [1] - 110:4
**concluded** [1] - 111:11
**confer** [1] - 108:23
**conference** [3] - 94:10, 100:6
**conferencing** [1] - 95:3
**confused** [1] - 104:5
**conjunction** [1] - 101:2
**connection** [1] - 95:2
**contain** [1] - 101:21
**contained** [1] - 105:18
**contending** [1] - 98:6
**content** [3] - 105:11, 105:14, 105:17
**contention** [3] - 97:9, 98:13, 99:3
**Continued** [1] - 94:10
**continued** [1] - 97:3
**contract** [4] - 97:12, 97:16, 97:21, 112:15
**conversation** [2] - 103:4, 103:11
**conviction** [1] - 107:17
**COOK** [1] - 94:3
**Cook** [1] - 95:16
**correct** [3] - 97:18, 105:15, 108:4
**correction** [1] - 113:10
**correspondence** [4] - 103:20, 105:18, 105:19, 106:20
**counsel** [4] - 94:15, 101:3, 105:19, 112:13
**County** [1] - 112:4
**COUNTY** [1] - 94:7

**county's** [1] - 101:2
**couple** [1] - 109:6
**course** [1] - 103:15
**COURT** [2] - 94:1, 113:2
**court** [1] - 112:15
**crime** [4] - 97:10, 97:11, 109:11
**crimes** [1] - 109:11
**cross** [2] - 94:12, 97:3
**cross-examination** [2] - 94:12, 97:3
**Cuyahoga** [1] - 112:4

### D

**D)** [1] - 112:15
**date** [10] - 101:20, 102:14, 103:10, 103:24, 106:18, 108:13, 108:14, 108:15, 112:12
**Date** [2] - 113:5, 113:25
**dates** [4] - 106:2, 107:3, 107:6, 107:7
**days** [2] - 100:12, 100:15
**dealing** [1] - 98:21
**decide** [1] - 110:18
**decision** [2] - 107:18, 110:19
**Defendant** [2] - 94:8, 95:13
**defined** [1] - 112:15
**department** [2] - 106:16, 110:15
**Deponent** [1] - 113:4
**deposed** [1] - 97:5
**deposition** [6] - 101:16, 101:25, 111:11, 112:8, 112:9, 112:12
**Deposition** [3] - 94:10, 113:5, 113:6
**DEPOSITION** [1] - 113:1
**depositions** [2] - 101:19, 112:7
**describe** [3] - 105:1, 105:2
**different** [2] - 106:21, 108:21
**direction** [1] - 112:10
**director** [11] - 101:1, 102:15, 102:23, 102:25, 103:13, 104:7, 104:15, 104:24, 105:5, 106:16, 106:20
**directors** [1] - 108:7
**disciplinary** [2] - 100:5, 100:6
**discipline** [3] - 100:9, 100:16, 103:2

**discuss** [1] - 107:8
**DISTRICT** [4] - 94:1, 94:1, 113:2, 113:2
**DIVISION** [2] - 94:2, 113:3
**document** [2] - 103:1, 103:9
**documented** [1] - 102:21
**documents** [4] - 102:9, 102:21, 106:5, 106:6
**dog** [8] - 101:2, 101:11, 102:15, 102:22, 103:9, 107:11, 107:19, 110:15
**done** [4] - 98:16, 100:4, 100:11, 108:22
**down** [1] - 102:6
**Drive** [1] - 95:5
**due** [2] - 97:11, 109:10
**duly** [2] - 97:5, 112:8

### E

**e-mail** [1] - 105:5
**e-mails** [1] - 106:19
**EASTERN** [2] - 94:2, 113:3
**elapsed** [1] - 100:20
**employee** [6] - 102:24, 103:16, 107:18, 108:6, 112:13, 112:14
**employees** [1] - 98:22
**employment** [1] - 110:5
**encompassing** [1] - 102:17
**entered** [1] - 113:7
**entire** [1] - 113:6
**entitled** [1] - 102:1
**Ernest** [1] - 95:16
**ERNEST** [1] - 94:3
**ERRATA** [1] - 113:1
**Errata** [2] - 113:8, 113:9
**Esq** [2] - 95:4, 95:9
**examination** [2] - 94:12, 97:3
**EXAMINATION** [3] - 96:2, 96:3, 97:7
**examples** [2] - 103:11, 104:22
**execute** [1] - 100:16
**executive** [3] - 107:5, 107:8, 110:3
**EXHIBIT** [2] - 96:5, 96:6
**Exhibits** [1] - 96:7
**expires** [1] - 112:25
**explain** [1] - 100:2
**explained** [1] - 100:1

### F

**fact** [4] - 97:23, 98:13, 98:20, 98:25
**factors** [1] - 98:18
**fair** [1] - 99:15
**Falls** [1] - 95:5
**few** [2] - 107:6, 109:6
**fiduciary** [1] - 108:7
**file** [14] - 101:15, 101:17, 101:21, 102:6, 102:7, 102:8, 102:12, 103:8, 103:24, 104:12, 105:6, 105:18, 105:21, 106:18
**final** [1] - 100:16
**financially** [1] - 112:14
**fine** [2] - 106:7, 109:1
**finish** [2] - 103:6, 103:21
**fire** [1] - 100:19
**firm** [1] - 112:15
**first** [4] - 98:14, 98:25, 106:21, 112:8
**five** [1] - 108:24
**flipped** [1] - 102:8
**FLOOR** [1] - 94:19
**Florida** [1] - 95:6
**follow** [1] - 98:22
**following** [1] - 113:7
**follows** [2] - 95:3, 97:6
**forth** [1] - 112:9
**four** [1] - 104:20
**Frenchko** [4] - 97:9, 105:17, 109:7, 113:25
**FRENCHKO** [5] - 94:11, 97:1, 97:7, 112:7, 113:4
**Friday** [2] - 94:14, 101:18
**Friedberg** [1] - 95:10
**front** [1] - 100:14
**full** [2] - 109:9, 109:15

### G

**given** [1] - 112:11
**Godfrey's** [1] - 108:13
**grabbed** [1] - 102:7
**Groedel** [2] - 95:4, 95:4
**GROEDEL** [9] - 96:3, 97:8, 99:14, 105:16, 106:13, 106:15, 108:20, 109:1, 110:10

### H

**hand** [1] - 112:19
**handled** [2] - 99:3, 99:17

**hang** [1] - 110:6
**HATHAWAY** [1] - 94:19
**hereby** [1] - 112:7
**hereinafter** [1] - 97:5
**hereunto** [1] - 112:19
**history** [1] - 105:20
**honestly** [1] - 105:6
**hour** [1] - 108:1
**hourly** [2] - 108:5, 108:10
**HR** [1] - 105:5

### I

**II** [1] - 94:6
**IN** [1] - 112:19
**incident** [13] - 101:11, 101:12, 103:8, 104:7, 104:10, 104:15, 104:16, 104:25, 105:1, 105:12, 106:23, 107:1, 107:4
**included** [1] - 102:16
**including** [1] - 101:4
**incorrectly** [1] - 98:17
**INDEX** [2] - 96:1, 96:5
**indicated** [1] - 113:8
**individual** [1] - 95:2
**information** [5] - 101:10, 102:2, 102:3, 102:4
**infraction** [1] - 100:17
**initiate** [1] - 100:9
**interested** [1] - 112:14
**interpret** [1] - 105:8
**involved** [1] - 101:5
**item** [2] - 101:10, 104:18
**items** [1] - 105:20
**itself** [2] - 99:4, 104:16

### J

**JUDGE** [2] - 94:5, 113:3
**July** [4] - 102:14, 103:10, 104:19, 107:1

### K

**Kathleen** [1] - 95:9
**keep** [1] - 107:18
**Kelli** [4] - 94:12, 112:6, 112:23, 112:24
**kellipage@ pagereportingservice .comB** [1] - 94:21
**kennel** [2] - 101:2, 110:15
**kminahan@ meyersroman.com** [1] - 95:12

**knowing** [2] - 97:24, 98:2
**known** [1] - 102:7

## L

**labor** [1] - 108:6
**LAKEWOOD** [1] - 94:20
**last** [1] - 108:12
**law.com** [1] - 95:7
**lawful** [1] - 97:1
**learn** [2] - 101:11, 106:9
**learned** [7] - 103:7, 103:23, 104:18, 105:12, 106:25, 107:16, 107:17
**least** [1] - 98:6
**leave** [9] - 98:14, 98:15, 98:16, 99:1, 99:2, 99:16, 100:5, 100:10, 101:8
**legal** [2] - 101:2, 105:19
**letter** [13] - 100:4, 100:7, 100:12, 100:17, 100:23, 101:6, 101:8, 103:11, 104:9, 104:24, 106:17, 106:21
**letters** [2] - 102:17, 106:19
**level** [1] - 102:24
**Lewis** [1] - 95:10
**line** [1] - 113:10
**list** [1] - 101:22
**look** [2] - 102:13, 107:7
**looked** [4] - 102:6, 105:11, 106:3, 106:19
**looking** [4] - 103:8, 105:7, 105:21, 106:1
**lose** [1] - 98:4
**lower** [1] - 102:24
**LPA** [1] - 95:4

## M

**ma'am** [1] - 104:20
**mail** [1] - 105:5
**mails** [1] - 106:19
**marked** [1] - 96:7
**matter** [2] - 107:9, 113:7
**mean** [2] - 99:20, 102:9
**means** [1] - 112:9
**Meyers** [1] - 95:10
**Michele** [1] - 113:25
**MICHELE** [5] - 94:11, 97:1, 97:7, 112:7, 113:4
**might** [2] - 104:2, 108:22
**MINAHAN** [19] - 97:13, 97:19, 98:8, 99:7, 99:11, 105:8, 106:12, 106:14, 108:18, 108:24, 109:2, 109:12, 109:16, 109:21, 110:6, 110:11, 110:22, 111:2, 111:9
**Minahan** [1] - 95:9
**mind** [1] - 99:8
**minutes** [1] - 108:24
**missteps** [2] - 97:22, 98:3
**Monday** [1] - 101:18
**monetary** [1] - 100:10
**moved** [1] - 107:11
**MS** [28] - 96:3, 97:8, 97:13, 97:19, 98:8, 99:7, 99:11, 99:14, 105:8, 105:16, 106:12, 106:13, 106:14, 106:15, 108:18, 108:20, 108:24, 109:1, 109:2, 109:12, 109:16, 109:21, 110:6, 110:10, 110:11, 110:22, 111:2, 111:9
**Mulberry** [1] - 95:6
**Munroe** [1] - 95:5
**must** [1] - 104:8

## N

**name** [3] - 107:13, 107:22, 113:8
**named** [1] - 112:7
**necessarily** [2] - 99:19, 99:20
**need** [3] - 103:2, 103:6, 110:24
**needed** [2] - 103:1, 105:25
**new** [5] - 107:10, 107:13, 107:19, 107:21, 107:24
**next** [1] - 107:6
**Nicole** [1] - 113:25
**NICOLE** [5] - 94:11, 97:1, 97:7, 112:7, 113:4
**NO** [3] - 94:5, 113:3, 113:23
**nonexhaustive** [1] - 105:20
**NORTHERN** [2] - 94:1, 113:2
**Notary** [3] - 94:12, 112:6, 112:24
**note** [2] - 103:4, 105:25
**notes** [1] - 103:11
**nothing** [3] - 110:24, 110:25, 112:9
**notice** [2] - 94:14, 112:13
**noticed** [1] - 103:15
**number** [1] - 108:12
**NUMBER** [1] - 96:6

## O

**oaths** [1] - 112:6
**object** [1] - 99:11
**objection** [8] - 97:13, 97:19, 98:8, 109:12, 109:16, 109:21, 109:22, 110:7
**obtained** [2] - 106:4, 106:7
**October** [1] - 112:25
**OF** [4] - 94:1, 94:7, 97:7, 113:2
**office** [1] - 112:19
**OH** [1] - 94:20
**OHIO** [2] - 94:1, 113:2
**Ohio** [9] - 94:13, 95:5, 95:11, 97:22, 98:5, 112:3, 112:6, 112:19, 112:24
**old** [1] - 107:24
**once** [1] - 98:10
**one** [4] - 100:11, 100:25, 104:21, 106:21
**ones** [1] - 108:7
**ordered** [1] - 111:3
**original** [1] - 113:9
**originally** [1] - 101:19

## P

**p.m** [2] - 94:14, 111:12
**page** [1] - 113:10
**Page** [4] - 94:12, 112:6, 112:23, 112:24
**PAGE** [3] - 94:19, 96:2, 96:6
**pages** [1] - 105:5
**paid** [1] - 98:15
**paperwork** [2] - 102:15, 103:8
**parks** [2] - 97:10, 109:10
**Parks's** [1] - 110:4
**part** [3] - 98:1, 98:6, 98:16
**participants** [1] - 95:2
**particular** [2] - 102:13, 105:2
**parties** [2] - 112:11, 112:14
**Paula** [1] - 108:13
**Paulette** [3] - 108:18, 108:20, 108:21
**pay** [2] - 99:1
**PEARSON** [2] - 94:5, 113:3
**per** [1] - 108:1
**period** [1] - 100:19
**person** [2] - 100:18, 100:25
**personally** [2] - 103:25, 104:4
**personnel** [1] - 105:20
**phone** [1] - 106:17
**place** [1] - 112:12
**placed** [3] - 98:14, 98:25
**placing** [2] - 101:8, 110:16
**Plaintiff** [4] - 94:4, 94:16, 95:8, 97:2
**plea** [3] - 97:11, 107:17, 109:10
**pled** [1] - 97:18
**point** [1] - 107:5
**police** [2] - 103:3, 103:12
**position** [4] - 107:10, 107:13, 107:22, 110:16
**possibility** [1] - 97:17
**precisely** [1] - 98:23
**preclude** [2] - 97:17, 99:13
**precluded** [5] - 98:6, 98:7, 98:15, 99:3, 99:4
**preparation** [1] - 101:15
**prepared** [2] - 101:23, 107:2
**PRESENT** [1] - 95:15
**preserve** [1] - 111:6
**previously** [1] - 97:4
**problematic** [1] - 99:13
**Procedure** [1] - 97:4
**process** [1] - 101:5
**proper** [2] - 98:21
**provided** [1] - 97:3
**provision** [1] - 98:5
**Public** [3] - 94:13, 112:6, 112:24
**purpose** [1] - 97:2
**pursuant** [2] - 94:14, 112:13
**put** [1] - 100:5

## Q

**questions** [4] - 104:20, 104:23, 105:22, 109:7
**quick** [1] - 105:9

## R

**Rae** [4] - 94:12, 112:6,

112:23, 112:24
**rate** [1] - 108:10
**Raton** [1] - 95:6
**RE** [1] - 113:2
**read** [7] - 102:10, 106:22, 111:4, 111:6, 111:9, 113:6, 113:7
**real** [1] - 105:8
**reason** [2] - 108:14, 108:16
**reasons** [1] - 113:8
**receipt** [1] - 100:12
**received** [4] - 103:17, 103:25, 104:4, 104:9
**recess** [1] - 109:4
**record** [2] - 112:10, 113:8
**RECROSS** [2] - 96:3, 97:7
**RECROSS-EXAMINATION** [2] - 96:3, 97:7
**rediscipline** [1] - 100:18
**reduced** [1] - 112:9
**referring** [3] - 100:24, 100:25, 102:20
**reflected** [1] - 103:9
**regardless** [1] - 100:8
**relative** [3] - 103:16, 112:13, 112:14
**remained** [1] - 108:10
**remember** [5] - 104:3, 104:11, 105:3, 106:4, 107:3
**remote** [1] - 95:2
**remotely** [1] - 112:11
**rephrase** [1] - 99:14
**report** [2] - 103:3, 103:12
**Reporter** [1] - 113:6
**reporting** [1] - 112:15
**REPORTING** [1] - 94:19
**reports** [2] - 102:17, 102:20
**request** [1] - 113:7
**requires** [1] - 100:3
**respect** [1] - 110:14
**respectfully** [1] - 104:23
**response** [1] - 104:17
**retirement** [1] - 108:17
**review** [1] - 101:17
**reviewed** [1] - 101:15
**reviewing** [1] - 103:24
**Revised** [2] - 97:22, 98:5
**Roman** [1] - 95:10
**Rule** [1] - 112:15
**rules** [1] - 102:1
**Rules** [1] - 97:4

### S

**salaries** [1] - 107:19
**salary** [6] - 107:21, 107:24, 107:25, 108:2, 108:5, 108:7
**saw** [1] - 104:12
**scheduled** [1] - 101:19
**seal** [1] - 112:19
**second** [1] - 99:9
**see** [1] - 100:21
**sent** [6] - 100:7, 100:23, 101:6, 102:18, 104:2
**separation** [3] - 108:14, 108:16, 108:17
**served** [1] - 100:17
**SERVICE** [1] - 94:19
**session** [3] - 107:5, 107:8, 110:3
**set** [2] - 112:9, 112:19
**settlement** [1] - 110:20
**SHEET** [1] - 113:1
**Sheet** [2] - 113:8, 113:9
**Signature** [1] - 111:14
**signed** [1] - 113:8
**someone** [2] - 100:3, 100:19
**sorry** [11] - 98:2, 99:10, 101:24, 102:5, 102:11, 104:4, 104:13, 105:3, 106:4, 106:14, 108:5
**specific** [1] - 105:22
**specifically** [4] - 98:24, 105:21, 106:3, 107:23
**Spriggel** [1] - 95:5
**SS** [1] - 112:3
**State** [4] - 94:13, 112:3, 112:6, 112:24
**STATES** [2] - 94:1, 113:2
**stenotypy** [1] - 112:10
**steps** [1] - 98:21
**still** [1] - 99:21
**stipulations** [2] - 94:15, 112:13
**strike** [1] - 110:13
**subject** [1] - 101:25
**subscribed** [1] - 112:11
**Suite** [1] - 95:10
**SW** [1] - 95:6
**sworn** [2] - 97:5, 112:8

### T

**terminate** [7] - 99:17, 99:22, 109:9, 109:15, 109:19, 109:24, 110:9
**terminated** [5] - 97:10, 97:17, 98:7, 98:16, 99:5
**testify** [1] - 112:8
**testimony** [1] - 112:11
**THE** [2] - 99:10, 111:8
**they've** [1] - 100:4
**thinking** [1] - 101:1
**together** [1] - 101:3
**took** [2] - 97:11, 109:10
**transcribed** [1] - 112:10
**transcript** [3] - 111:4, 113:6, 113:9
**true** [1] - 112:10
**TRUMBULL** [1] - 94:7
**truth** [3] - 112:8, 112:9
**try** [1] - 100:1
**two** [2] - 100:15, 101:3
**typed** [1] - 111:5
**typewriting** [1] - 112:10

### U

**under** [2] - 112:10, 112:15
**union** [7] - 97:11, 97:16, 97:21, 98:20, 98:22, 102:25, 108:6
**UNITED** [2] - 94:1, 113:2
**unpaid** [2] - 98:14, 100:10
**up** [1] - 111:5

### V

**value** [1] - 100:10
**via** [1] - 95:2
**video** [2] - 94:10, 95:2
**violation** [2] - 97:22, 99:23
**VOLUME** [1] - 94:6
**vote** [7] - 109:19, 109:24, 110:2, 110:4, 110:8, 110:13, 110:14
**vs** [1] - 94:5

### W

**waived** [1] - 111:14
**warden** [5] - 101:11, 102:15, 103:9, 107:11, 107:19
**weeks** [2] - 100:15, 107:6
**WHEREOF** [1] - 112:19
**whole** [1] - 112:8
**WITNESS** [4] - 96:1, 99:10, 111:8, 112:19
**witness** [3] - 112:7, 112:11, 112:11
**word** [1] - 99:12
**write** [1] - 102:5
**writing** [1] - 112:9
**wrote** [2] - 103:18, 104:24

### X

**x223** [1] - 95:11

### Z

**Zoom** [2] - 94:10, 95:2