PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST G. COOK, | ) | |
| | ) | CASE NO. 4:22CV77 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| TRUMBULL COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **ORDER** |

In its briefing Order (ECF No. 44), the Court wrote the following regarding Plaintiff's Motion for Sanctions, ECF No. 43:

> The motion's title indicates that sanctions are sought against Defendant Frenchko and defense counsel. The motion itself appears only to seek sanctions against Defendant Frenchko. To avoid further confusion, Plaintiff's counsel shall file a brief clarification by 4:00 p.m. on May 9, 2023.

ECF No. 44. As of this writing, Plaintiff has not complied.

Plaintiff's motion and reply clearly target Defendant Frenchko for sanctions. The motion's title, however, is "Plaintiff's Motion for Sanctions Against Defendant *And Its Counsel*." ECF No. 43 (emphasis added). The reference to "Its counsel," causes the Court to seek clarification about whether Plaintiff also intends to seek sanctions against Defendant Frenchko's counsel or any other counsel.

Forthwith, Plaintiff shall succinctly name the target(s) of the Motion for Sanctions. No

(4:22CV77)

response shall be filed without leave of Court

      IT IS SO ORDERED.

| | |
|---|---|
| June 7, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |