UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST G. COOK, | ) | CASE NO.: 4:22-CV-00077-BYP |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA PEARSON |
| | ) | |
| vs. | ) | **PLAINTIFF'S SUPPLEMENTAL** |
| | ) | **SUBMISSION REGARDING SUBJECT** |
| BOARD OF TRUMBULL COUNTY COMMISSIONERS, | ) | **OF SANCTION MOTION** |
| | ) | |
| Defendant. | ) | |

Plaintiff hereby clarifies that the target of his sanction motion is not Defendant's defense counsel, but rather, Niki Frenchko in her individual capacity and in her official capacity as a Trumbull County Commissioner.

Respectfully submitted,

*/s/ Caryn M. Groedel*
CARYN M. GROEDEL (0060131)
cgroedel@groedel-law.com
CARYN GROEDEL & ASSOCIATES CO., LPA
208 Spriggel Drive
Munroe Falls, OH 44262
1291 SW Mulberry Way
Boca Raton, FL  33486
Phone:     (440) 230-3808
               (440) 207-9557
Fax:         (440) 664-2478
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the forgoing was filed electronically this 19th day of July, 2023.  Notice of this filing will be sent by the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Caryn M. Groedel*
Caryn M. Groedel