PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST G. COOK, | ) | |
| | ) | CASE NO. 4:22CV77 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| TRUMBULL COUNTY, *et al*., | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

The Court was informed through a docket entry on November 29, 2023, that the parties have reached a mutual resolution. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before December 29, 2023, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

IT IS SO ORDERED.

November 30, 2023
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge